**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 26, 2016.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10158-TMD-7 |
| | § | |
| MICHAEL E HUMPHREYS and | § | |
| DEBRA D HUMPHREYS, | § | |
|     Debtor | § | CHAPTER 7 |
| | § | |
| JPMORGAN CHASE BANK, | § | |
| N.A. | § | |
| | § | |
| , | § | |
|     Movant | § | HEARING DATE: 05/02/2016 |
| | § | |
| v. | § | TIME: 09:30 AM |
| | § | |
| MICHAEL E HUMPHREYS and | § | |
| DEBRA D HUMPHREYS; RON | § | |
| SATIJA, Trustee | § | |
|     Respondents | § | JUDGE TONY M. DAVIS |

### ORDER LIFTING STAY AS TO DEBTOR

On this day came on before the Court the Motion of JPMORGAN CHASE BANK, N.A., Movant, for Relief from the Automatic Stay. The Court is advised that the Parties agree to the lifting of the stay and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT 50 JULINGTON CREEK PLANTATION PARCEL 30 ACCORDING TO THE PLAT THEREOF AS RECORDED IN MAP BOOK 38 PAGES 1 THROUGH 7 OF THE PUBLIC RECORDS OF ST JOHNS COUNTY FLORIDA. TAX ID: 249300 0500.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and JPMORGAN CHASE BANK, N.A. may immediately enforce and implement this Order Lifting Stay.

# # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ SAMUEL DAFFIN, II
    SAMUEL DAFFIN, II
    TX NO. 24072057
    1900 SAINT JAMES PLACE SUITE 500
    HOUSTON, TX 77056
    Telephone: (713) 621-8673
    Facsimile: (713) 621-8583
    E-mail: WDECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT